In the Matter of the Application of FRANK E. CRAWFORD et al., Respondents, for an Order Directing an Arbitration between CRAWFORD KEEN & CIA SOC. DE RESP. LTDA., and GREAT WESTERN DISTRIBUTORS, INC., Appellant.

Argued May 24, 1944; decided June 14, 1944.

*Bernard Tomson, Herbert Goldmark, Aaron Shapiro* and *Ralph L. Bernstein* for appellant.

*Edward C. McLean* and *Daniel F. McGlinchey* for respondents.

Orders reversed and proceeding dismissed, with costs in all courts, upon the ground that there is no evidence to support the finding of a contract in writing between the parties to arbitrate the controversy between them. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.